# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH VO, an individual<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN PAUL CHOI, an individual;<br><br>　　　　Defendant. | Case No.: 8:19-cv-02177-JLS-DFM<br><br>**JUDGMENT** |

# JUDGMENT

On July 1, 2020, the Court entered an Order granting in part and denying in part plaintiff Thanh Vo's application for default judgment against Defendant John Paul Choi. Consequently,

## IT IS ORDERED AND ADJUDGED

1. That Plaintiff recover $2,280.00 in attorney's fees from Defendant;
2. That Plaintiff recover eligible costs under Local Rule 54-3 from Defendant;
3. That Defendant is enjoined to ensure that accessibility barriers at the Property located at 10021 Garden Grove Blvd., Garden Grove, California 92844 are removed and/or corrected, including but not limited to ensuring that parking at the Property is accessible.

Dated: July 09, 2020

Honorable Josephine L. Staton
United States District Judge

1